JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/13/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA FREESMEIER, a Minor by and through her Guardian ad Litem SAMSON FREESMEIER, SAMSON FREESMEIER, an individual, and SARA FREESMEIER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MAGNA INTERNATIONAL INC., a Delaware Corporation, JEAN PAUL INVERSON, an individual, and DOES 1 through 50, <br><br> Defendants. | Case No.  2:16-cv-08878-FMO-AFM <br><br> Judge:  Hon. Fernando M. Olguin <br> Dept.:  6D <br><br> **ORDER GRANTING STIPULATION TO REMAND** |

Based upon the review of the parties' Stipulation to Remand and good cause appearing therefore, the parties' Stipulation is GRANTED.

1.      This action is remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated:  January 13, 2017

_____

Hon. Fernando M. Olguin
Judge of the United States District Court

363455 V1